JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SHAWNA YEN (CABN 224447)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile: (408) 535-5066
   Email:   Shawna.Yen2@usdoj.gov

Attorneys for Plaintiff

IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSE GALVAN-LUNA, | ) | No.  CV  05-05218 JW |
|      Petitioner, | ) |     CR  03-20029 JW |
| | ) | |
|  v. | ) | STIPULATION TO DISMISS JOSE |
| | ) | GALVAN-LUNA'S HABEAS CORPUS |
| UNITED STATES OF AMERICA, | ) | PETITION AND [PROPOSED] ORDER |
| | ) | |
|      Respondent. | ) | |
| _____ | ) | |

     On October 7, 2003, the petitioner Jose Galvan-Luna was sentenced to 70 months imprisonment for one count of illegal reentry after deportation in violation of 8 U.S.C. § 1326.

     On December 15, 2005, Galvan-Luna filed a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. § 2255 (Civil Action 05-05218 JW), alleging that his trial counsel was ineffective in failing to file a notice of appeal despite being specifically directed to do so.   The petitioner also requested appointment of counsel.

     On March 22, 2006, the Court issued an Order directing the government to file a response.  The government filed its response on May 1, 2006.

     By Order of July 20, 2007, the Court granted Galvan-Luna's motion for appointment of

1    counsel.  The Court also granted the government's request for an evidentiary hearing to

2    determine whether counsel disregarded the petitioner's instructions to file a notice of appeal.

3         Jerry Fong, Esq., was appointed as Jose Galvan-Luna's counsel for purposes of handling

4    the habeas corpus petition.

5         Mr. Fong has recently communicated with the petitioner Jose Galvan-Luna, who has

6    finished serving his sentence of imprisonment and is no longer in custody.   Mr. Fong has

7    advised the government that his client is no longer interested in pursuing the instant habeas

8    corpus petition and has asked that it be dismissed.

9         Accordingly the parties hereby stipulate that the petitioner Jose Galvan-Luna's Motion to

10   Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. §

11   2255 (Civil Action 05-05218 JW), which was filed on December 15, 2005, should be dismissed.

12   The parties jointly request that the Court enter an order dismissing the same.

13

14      It is so stipulated.

15                                  Respectfully submitted,

16   Dated: June 29, 2009           JOSEPH P. RUSSONIELLO
                                    UNITED STATES ATTORNEY
17

18   _____/S/_____
                                    SHAWNA YEN
19                                  Assistant U.S. Attorneys

20

21

Dated: June 29, 2009
22

23   _____/S/_____
                                    JERRY FONG, ESQ.
24                                  Attorney for Jose Galvan-Luna

25

26

27

28

                                    2

1

ORDER

2       Based upon the stipulation of the parties and for good cause shown, it is hereby

3  ORDERED that Jose Galvan-Luna's Motion to Vacate, Set Aside or Correct Sentence by a

4  Person in Federal Custody, pursuant to 28 U.S.C. § 2255 (Civil Action 05-05218 JW), which

5  was filed on December 15, 2005, is hereby DISMISSED.

6       The Clerk shall close this file.

7  Dated:  July 1, 2009

8

9                _____

                    JAMES WARE

10             United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
